1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 TIMOTHY MULGREW, JR.,                     No. 2:14cv2998-MCE-CMK

12                 Plaintiff,

13         vs.                               ORDER

14 GREEN TREE SERVICING LLC,
   et al.,

15
                 Defendants.
16 _____/

17         Plaintiff, proceeding in propria persona, brings this civil action under  28 U.S.C.

18 § 1332.  Pending before the court is plaintiff's motion to proceed in forma pauperis (Doc. 2) and

19 his complaint (Doc. 1).

20         Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that

21 plaintiff is unable to prepay fees and costs or give security therefor.  His motion to proceed in

22 forma pauperis will therefore be granted.

23         The court is required to screen complaints brought by prisoners seeking relief

24 against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C.

25 § 1915A(a).  The court is also required to screen complaints brought by litigants who have been

26 granted leave to proceed in forma pauperis.  See 28 U.S.C. § 1915(e)(2).  Under these screening

provisions, the court must dismiss a complaint or portion thereof if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.  See 28 U.S.C. §§ 1915(e)(2)(A), (B) and 1915A(b)(1), (2).  Moreover, pursuant to Federal Rule of Civil Procedure 12(h), this court must dismiss an action if the court determined that it lacks jurisdiction of the subject matter.  Because plaintiff, who is not a prisoner, has been granted leave to proceed in forma pauperis, the court will screen the complaint pursuant to § 1915(e)(2).

Upon review of the allegations outlined in the complaint, the court concludes that it has subject matter jurisdiction and that the complaint is appropriate for service by the United States Marshal without pre-payment of costs.  If plaintiff desires service of process by the United States Marshal  without pre-payment of costs, plaintiff must comply with the requirements outlined below.  Plaintiff is warned that failure to comply with this order, or otherwise effect service pursuant to Federal Rule of Civil Procedure 4, may result in dismissal of the action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted;

2.     The Clerk of the Court shall issue a summons in a civil case, the undersigned's new case documents, and an order setting this matter for an initial scheduling conference;

3.     The Clerk of the Court shall send plaintiff the summons, a USM-285 form, and a copy of the complaint;

4.     Within 15 days from the date of this order, plaintiff shall complete the summons by indicating the addresses of the named defendants and shall submit to the United States Marshal at the address indicated below the following documents:

a.     The completed summons;

1     b.  One completed USM-285 form for each named defendant;

2     c.  Two copies of the complaint; and

3     d.  One copy of the court's initial scheduling conference order issued

4        herewith;

5    5.  Within 20 days of the date of this order, plaintiff shall file a notice

6 indicating that the documents described above have been submitted to the United States Marshal,

7 or a notice that plaintiff intends to serve the summons and complaint without assistance from the

8 United States Marshal;

9    6.  If plaintiff seeks the assistance of the United States Marshal, the United

10 States Marshal is directed to serve all process without pre-payment of costs not later than 60 days

11 from the date of this order, such service of process to be completed by serving a copy of the

12 summons, complaint, and initial scheduling conference order on the defendants at the addresses

13 provided by plaintiff; and

14    7.  The Clerk of the Court is directed to serve a copy of this order on the

15 United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

16

17 DATED:  May 21, 2015

18

19          _____
            **CRAIG M. KELLISON**
            UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26